**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7661**

_____

ROBERT MCELHANEY,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA; JANET RENO, U. S.
Attorney General,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington. Robert J. Staker, Senior
District Judge. (CA-98-83-3, CR-92-22)

_____

Submitted: January 7, 1999          Decided: January 21, 1999

_____

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert McElhaney, Appellant Pro Se. Michael Lee Keller, OFFICE OF
THE UNITED STATES ATTORNEY, Charleston, West Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert McElhaney appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McElhaney v. United States, Nos. CA-98-83-3; CR-92-22 (S.D.W. Va. Sept. 25, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED